**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KAMERON LEE WILLIAMS, # 790578,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION  22-0452-JB-MU** |
| **MOBILE METRO JAIL,** | : | |
| **Defendant.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of March, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE